TRULINCS  44500037 - SMITH, JASMINE AMBER - Unit: ALD-A-B

---

FROM: 44500037
TO:
SUBJECT:
DATE: 11/26/2013 02:28:02 PM

November 26, 2013
Dear Judge Blake,

    I am writing you regarding my FRP payment. I am aware that I am required to make payments towards the victims lost. I am requesting that a reasonable amount be agreed upon. I asked to pay $25 a month which would be $300 a year until I am released and able to work and earn money on my own to make the payments myself. I never asked to make the minimum amount possible, that would have been asking for the payment to be deferred until I am released or even paying $25 quarterly. Ms. Fine stated that my codefendant Ayanna Johnson, also requested to do the same. I however, am attempting to make some kind of payment. I have paid over $300 since being here 14 months. When I initially asked my counselor to take the $200 out for my assessment fees he told me that I had to pay towards my restitution so I should just wait until the FRP payments were set in place, that is why at the time Ms. Fine pulled my records on $75 had been applied to my restitution. Ms. Johnson down right refuses to pay her payment. Ms. Johnson's children are all of age and able to work and care for themselves. My children nine, seven and one years old require to be cared for by my mother, Diane Smith. I am currently working in the recreation department here at Alderson, last month I worked 128 hours and my check was $5.25, which in turn leaves someone else usually my mother to pay the remainder of the FRP payment as well as ensure that I am able to use the phone and call home. I am currently waiting to start the cosmetology program and can't be in FRP refusal in order to enroll in the program. I was unable to make the full payment in October but $94 was paid and in November I made the payment of $165.00 I am asking for an amount between $25 and $75 per month be agreed upon until I am released when I will begin to pay $50 a month. Again Mr. Bardos told me in the court room that I would not have to pay until I was released or I would have had him address this issue the day that I was sentenced.

                        Thanks you for your consideration

                        Jasmine Smith

FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 02 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Jasmine Smith A2
44500-037 Box A
Federal Prison Camp
Alderson, WV 24910

27 NOV 2013 PM 2 L

⇔44500-037⇔
Us Clerks Office
101 W Lombard ST
Baltimore, MD 21201
United States

21201260599