UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
CHIEF JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

November 9, 2015

Jasmine Smith
Reg. No. 44500-037
Federal Prison Camp
P.O. Box A
Alderson, WV  24910

  Re: *USA v. Jasmine Smith*, Criminal No. CCB-09-0547

Dear Ms. Smith:

  You should discuss your request with your case manager at Alderson.  I am not aware of any authority I have at this point to amend your judgment.

            Sincerely yours,

             /S/

            Catherine C. Blake
            United States District Judge

cc:  AUSA Tamera Fine